ROBERT W. PAYNE - BAR# 73901
rwp@hogefenton.com
ALLISON ARA MANOV - BAR# 274081
aam@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax: (408) 287-2583

Attorneys for Plaintiff
INTEGRIS WEALTH MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRIS WEALTH MANAGEMENT, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>INTEGRIS FINANCIAL GROUP, LLC a New York limited liability company, and DOES 1-10, inclusive,<br><br>　　　　Defendant. | No. C15-01492-JCS<br><br>PLAINTIFF INTEGRIS WEALTH MANAGEMENT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [~~PROPOSED~~] ORDER |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Robert W. Payne and Allison Ara Manov of Hoge, Fenton, Jones & Appel, Inc. hereby withdraw as counsel for Plaintiff INTEGRIS WEALTH MANAGEMENT, LLC in the above-captioned matter, and Robert W. Payne of PAYNE IP LAW hereby substitutes as its attorney of record in this action.

Withdrawing counsel for Plaintiff INTEGRIS WEALTH MANAGEMENT, LLC are:

　　　　Robert W. Payne
　　　　Hoge, Fenton, Jones & Appel, Inc.
　　　　60 South Market Street, Suite 1400
　　　　San Jose, California 95113
　　　　Phone: (408) 947-2418
　　　　Fax: (408) 287-9501
　　　　rwp@hogefenton.com

Allison A. Manov
Hoge, Fenton, Jones & Appel, Inc.
60 South Market Street, Suite 1400
San Jose, California 95113
Phone: (408) 947-2412
Fax: (408) 287-9501
aam@hogefenton.com

All pleadings, orders, and notices should be served upon the following substituted counsel for Plaintiff INTEGRIS WEALTH MANAGEMENT, LLC:

Robert W. Payne
PAYNE IP LAW
111 N. Market Street, Suite 300
San Jose, CA 95113
Phone: (408) 981-4293
payne@bobpayne.com

Mr. Payne is an active member in good standing of the State Bar of California and is admitted to practice before this Court.

<u>WITHDRAWAL AND SUBSTITUTION BASED ON CONSENT</u>

The undersigned consent to the withdrawal and substitution and certify that this substitution will not delay the proceedings in this matter.

The client consents to this withdrawal and substitution.

DATED: May 5, 2015

INTEGRIS WEALTH MANAGEMENT, LLC


By _____
Gifford Robert Lehman, Member

I accept this substitution.

DATED: May 5, 2015

PAYNE IP LAW

By _____
Robert W. Payne
payne@bobpayne.com

1 |     I consent to this withdrawal and substitution.

2 | DATED: May 4, 2015

                                          HOGE, FENTON, JONES & APPEL, INC.

                                          By  /s/Allison A. Manov
                                                 Allison A. Manov
                                                 aam@hogefenton.com

**IT IS SO ORDERED**.

DATED:   May 11, 2015

                                          Honorable Judge Joseph C. Spero
                                          UNITED STATES DISTRICT JUDGE

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND PROPOSED ORDER    CV-15-1492 JCS
\\HFJADOCS\NDrive\87824\Ple\1616423.doc